# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 CV 267

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY, INC., | )<br>)<br>) |
| Plaintiff | )<br>) |
| V | )     **ORDER** |
| | ) |
| LACEY FREDRICS, et al, | )<br>) |
| Defendants. | ) |

**THIS MATTER** is before the court on Brian F. Davis' Application for Admission to Practice *Pro Hac Vice* of S. Jahue Moore, Sr. It appearing that S. Jahue Moore, Sr. is a member in good standing with the South Carolina Bar and will be appearing with Brian F. Davis, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Brian F. Davis' Application for Admission to Practice *Pro Hac Vice* (#38) of S. Jahue Moore, Sr. is **GRANTED**, and that S. Jahue Moore, Sr. is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Brian F. Davis.

Signed: January 28, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge