IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv267

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY, on behalf of its Insureds, Globe Carrier Company, Roument T. Velkov and Gergana Lazova, <br><br>Plaintiff, <br><br>Vs. <br><br>LACEY FREDRICS; JASON PETER CLARK; CATHERINE CLARK; CHRISTOPHER REED; CHARLES CONARD; DANNY MATHIS; WILLIAM CORY BUSHMAN; HAROLD BRUCE STEVENS; KEARA CARPENTER; VAN SMITH; ESTATE OF CHARLES J. NOVAK; ESTATE OF THERESA N. SEAVER; ESTATE OF AMBER REED; ESTATE OF ALVIN KIMBLE; ESTATE OF GAIL KIMBLE; B & S TRUCKING, INC.; NORTH CAROLINA DEPARTMENT OF TRANSPORTATION; and YOKOHAMA CORPORATION OF NORTH AMERICA, <br><br>Defendants/Claimants. | ORDER |

**THIS MATTER** is before the court on defendants/claimants Charles Conard's and Danny Mathis' Motion for Extension of Time to File Defensive Pleadings to Plaintiff's Complaint for Interpleader and Plaintiffs' First Amended Complaint for

-1-

Interpleader (#44). These defendants later filed an identical Motion for Extension of Time to File Defensive Pleadings to Plaintiff's Complaint for Interpleader and Plaintiffs' First Amended Complaint for Interpleader (#45), which has been allowed by separate Order. The earlier motion will be denied as moot.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants/claimants Charles Conard's and Danny Mathis' Motion for Extension of Time to File Defensive Pleadings to Plaintiff's Complaint for Interpleader and Plaintiffs' First Amended Complaint for Interpleader (#44) is **DENIED** as moot.

Signed: January 31, 2011

Dennis L. Howell
United States Magistrate Judge