IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv267

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY, on behalf of its Insureds, GLOBE CARRIER COMPANY, ROUMEN T. VELKOV and GERGANA LAZOVA, <br><br> Plaintiff, <br><br> vs. <br><br> LACEY FREDRICS, *et. al.*, <br><br> Defendants/Claimants. | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Unopposed Motion for Voluntary Dismissal of Defendant/Claimant Van Smith [Doc. 96].

There being no objection from the Defendants who have appeared in the action, the motion is granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Unopposed Motion for Voluntary Dismissal of Defendant/Claimant Van Smith [Doc. 96] is hereby **GRANTED** and the Defendant/Claimant Van Smith is hereby **DISMISSED WITH PREJUDICE**.

Signed: July 9, 2011

Martin Reidinger
United States District Judge