IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 CV 267

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY, On behalf of its Insureds, GLOBE CARRIER COMPANY, ROUMEN T. VELKOV, and GERGANA LAZOVA, <br><br>    Plaintiffs <br><br>V <br><br>LACEY FREDRICS, JASON PETER CLARK, CATHERINE CLARK, et al., <br><br>    Defendants. | ORDER |

**THIS MATTER** is before the court on Gregory C. York's Application for Admission to Practice *Pro Hac Vice* of Terrence F. Guolee. It appearing that Terrence F. Guolee is a member in good standing with the Illinois State Bar and will be appearing with Gregory C. York, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Gregory C. York's Application for Admission to Practice *Pro Hac Vice* (#152) of Terrence F. Guolee is **GRANTED**, and that Terrence F. Guolee is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Gregory C. York.

Signed: October 30, 2012

Dennis L. Howell
United States Magistrate Judge