IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:10cv267

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY, INC., of behalf of its Insureds, GLOBE CARRIER COMPANY, ROUMEN T. VELKOV and GERGANA LAZOVA, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| LACEY FREDRICS, JASON PETER CLARK, CATHERINE CLARK, CHRISTOPHER REED, CHARLES CONARD, DANNY MATHIS, HAROLD BRUCE STEVENS, ESTATE OF ALVIN KIMBLE, ESTATE OF GAIL KIMBLE, ESTATE OF AMBER REED, ESTATE OF CHARLES J. NOVAK, ESTATE OF THERESA N. SEAVER, KEARA CARPENTER, YOKOHAMA CORPORATION OF NORTH AMERICA, TAYLOR AND MURPHY CONSTRUCTION COMPANY, INC., FERRARA PAN CANDY CO., INC., and CJH FREIGHT SERVICES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

| CHARLES CONARD, DANNY MATHIS, HAROLD | ) |
| BRUCE STEVENS, CATHERINE CLARK, | ) |
| ESTATE OF THERESA N. SEAVER, YOKOHAMA | ) |
| CORPORATION OF NORTH AMERICA, and | ) |
| CJH FREIGHT SERVICES, INC., | ) |
| | ) |
| Counter Claimants, | ) |
| | ) |
| vs. | ) |
| | ) |
| GREAT WEST CASUALTY COMPANY, on | ) |
| behalf of its insureds, | ) |
| GLOBE CARRIER COMPANY, | ) |
| ROUMEN T. VELKOV and GERGANA LAZOVA, | ) |
| | ) |
| Counter Defendant. | ) |
| | ) |

## JUDGMENT

For the reasons stated in the Order entered simultaneously herewith,

**IT IS, HEREBY, ORDERED, ADJUDGED AND DECREED** that Judgment is hereby entered in favor of the Defendants/Claimants and against the Plaintiff Great West Casualty Company, on behalf of its insureds, Globe Carrier Company, Roumen T. Velkov and Gergana Lazova as follows:

The sum of One Hundred Forty-Six Thousand Dollars and No Cents ($146,000.00) in favor of the Estate of Charles J. Novak.

The sum of One Hundred Forty-Six Thousand Dollars and No Cents ($146,000.00) in favor of the Estate of Theresa N. Seaver.

The sum of One Hundred Sixty-Six Thousand Dollars and No Cents ($166,000.00) in favor of the Estate of Amber Reed.

The sum of One Hundred Forty-Six Thousand Dollars and No Cents ($146,000.00) in favor of the Estate of Alvin Kimble.

The sum of One Hundred Forty-Six Thousand Dollars and No Cents ($146,000.00) in favor of the Estate of Gail Kimble.

The sum of Two Thousand Dollars and No Cents ($2,000.00) in favor of Yokohama Tire Company.

The sum of Seventy-Seven Thousand Three Hundred Twenty-Six Dollars and Forty Cents ($77,326.40) in favor of Keara Carpenter.

The sum of Four Thousand Eight Hundred Sixty Dollars and Eighty Cents ($4,860.80) in favor of Catherine Clark.

The sum of Eight Hundred Sixty-Eight Dollars and No Cents ($868.00) in favor of Charles Conard.

The sum of Seven Hundred Forty-Four Dollars and No Cents ($744.00) in favor of Danny Mathis.

The sum of Eight Thousand Two Hundred Eighty-Three Dollars and Twenty Cents ($8,283.20) in favor of Christopher Reed.

The sum of One Hundred Forty-Five Thousand Six Hundred Seventy-Five Dollars and Twenty Cents ($145,675.20) in favor of Lacey Fredrics.

The sum of Ten Thousand Two Hundred Forty-Two Dollars and Forty-Two Cents ($10,242.40) in favor of Jason Peter Clark.

Each party shall bear his/her/its own costs.

All claims not otherwise addressed herein are dismissed with prejudice.

Signed: December 11, 2012

Martin Reidinger
United States District Judge