UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:10-cv-00267-MR-DLH

| | |
|---|---|
| **GREAT WEST CASUALTY COMPANY, on behalf of its Insureds, GLOBE CARRIER COMPANY and ROUMEN T. VELKOV,** | ) ) ) ) |
| Plaintiff(s), | ) ) |
| vs. | ) ) |
| **LACI FREDRICS, JASON PETER CLARK, CATHERINE CLARK, CHRISTOPHER REED, CHARLES CONRAD, DANNY MATHIS, WILLIAM CORY BUSHMAN, HAROLD BRUCE STEVENS, ESTATE OF AMBER REED, ESTATE OF ALVIN KIMBLE, ESTATE OF GAIL KIBLE, VAN SMITH, B&S TRUCKING, INC. and NORTH CAROLINA DEPARTMENT OF TRANSPORTATION** | CLERK'S ORDER OF DISBURSEMENT |
| Defendants/Claimants. | ) |

This matter is before the Clerk for purposes of disbursing the funds and interest on deposit with the Clerk in accordance with the November 22, 2010, Order for Deposit, Restraining Order, and Order for Service Process; the December 12, 2012, Judgment of this court and per the direction of the court to proceed with this Clerk's Order of Disbursement.

The Order for Deposit, Restraining Order, and Order for Service Process of November 22, 2010, directed the Plaintiff to deliver to the Clerk of Court for the Western District of North Carolina the sum of one million dollars ($1,000,000.00) and to deposit these funds into the registry of the Court. Per LCvR67.1 (B) these funds were placed in the *Court Registry Investment System* where interest was earned on the deposited amount.

The Judgment of this court directed the Clerk to disburse the original one million dollars ($1,000.000.00) to the parties as directed in the Order. As the earned interest is now part of the original monies placed on deposit with the Clerk, the Clerk shall also disburse the interest of $649.89 to the thirteen (13) parties in the Judgment. As the interest was earned as a result of the total original deposit, the interest shall be disbursed in equal amounts of approximately $50.00 for each named party in the judgment. [1]

The Financial Department of the Clerk's Office for the Western District of North Carolina is SO ORDERED to proceed with the disbursement of the interest along with the monies disbursed in accordance with the Judgment of this court.

Signed: December 13, 2012

Frank G. Johns, Clerk
United States District Court

---

[1] In the event the amount of interest is more than $649.89 due to the timing of the actual disbursement from the *Court Registry Investment System,* the Clerk shall disburse the actual amount of interest at the time of disbursement.